FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2016

SEAN F. McAVOY, CLERK

1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
   Thomas J. Hanlon
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, Washington  98901
   (509)  454-4425

5

6            IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7
                                **1:16-CR-2079-SAB-1**
8  UNITED STATES OF AMERICA,
                                INDICTMENT
9
                                Ct. 1:  21 U.S.C. § 846 - Conspiracy to
              Plaintiff,         Distribute Methamphetamine
10
                                Ct. 2:  21 U.S.C. § 841(a)(1) – Distribution
11     vs.                      of Methamphetamine

12  DANIEL WOOLEM,
                                Ct. 3:  21 U.S.C. § 841(a)(1) – Distribution
13                              of Methamphetamine

14                        ;     Ct. 4:  18 U.S.C. § 841(a)(1) – Distribution
                                of Heroin
15
                                Ct. 5:  21 U.S.C. § 841(a)(1) – Distribution
16            Defendants.        of Methamphetamine

17                              Ct. 6:  21 U.S.C. § 841(a)(1) – Distribution
                                of Methamphetamine
18
                                Ct. 7:  21 U.S.C. § 841(a)(1) – Distribution
19                              of Methamphetamine

20
                                Ct. 8:  21 U.S.C. § 841(a)(1) – Distribution
21                              of Methamphetamine

22

23
                                Notice of Criminal Forfeiture
24

25

26

27  The Grand Jury charges:

28

## COUNT 1

From on or about January 27, 2016, and continuing to on or about October 6,

2016, in the Eastern District of Washington, the Defendants, DANIEL WOOLEM,

███████████████████████████████████████████████████, and

others known and unknown to the Grand Jury, knowingly and intentionally

combined, conspired, confederated and agreed together and with others, to commit

the following offense against the United States, to wit: to knowingly and

intentionally distribute 50 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), and

846.

## COUNT 2

On or about January 27, 2016, in the Eastern District of Washington, the

Defendant, DANIEL WOOLEM, did knowingly and intentionally distribute 50

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, all in violation of Title 21,

United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

INDICTMENT                              2

COUNT 3

On or about March 23, 2016, in the Eastern District of Washington, the Defendant,                    , did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COUNT 4

On or about April 19, 2016, in the Eastern District of Washington, the Defendants                                        did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and 2.

COUNT 5

On or about April 27, 2016, in the Eastern District of Washington, the Defendants,                   and DANIEL WOOLEM, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and 2.

COUNT 6

On or about May 10, 2016, in the Eastern District of Washington, the Defendants,                          and DANIEL WOOLEM, did knowingly

INDICTMENT                                       3

and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and 2.

## COUNT 7

On or about June 2, 2016, in the Eastern District of Washington, the Defendants, DANIEL WOOLEM,                                   did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and 2.

## COUNT 8

On or about October 6, 2016, in the Eastern District of Washington, the Defendant, DANIEL WOOLEM, did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## **NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

1.      The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2.      Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846 as set forth in this Indictment, Defendants, DANIEL WOOLEM, ███████████████████████████████ ███████████████████████████████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

3.      If any of the property described above, as a result of any act or omission of the Defendant(s):

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

DATED:   October 12, 2016.

A TRUE BILL


Presiding Juror

MICHAEL C. ORMSBY
United States Attorney


Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT                             5