AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 01, 2016**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>DANIEL WOOLEM<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 1:16-CR-2079-SAB-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL WOOLEM,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE
Counts 2, 5-8: 21 U.S.C. 841(a)(1) DISTRIBUTION OF METHAMPHETAMINE

Date: Oct 13, 2016, 8:26 am

*Issuing officer's signature*

City and state:   Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/13/16, and the person was arrested on *(date)* 10/26/16
at *(city and state)* Yakima, WA.

Date: 10/26/16

Arrested within the E/WA
By: USMS
*(Agency)*

Executed On: 10/26/16
Sign: Reagan R. Harvey, USMS
*Printed name and title*