✎ PS 8
(3/15)

Case 1:16-cr-02079-SAB   Document 84   Filed 12/21/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2016**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Daniel Woolem | Docket No. | 0980 1:16CR02079-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Woolem, who was placed under pretrial release supervision by the Honorable Chief U.S. District Court Judge Thomas O. Rice, via video conference in the Court at Yakima, Washington, on the 28th day of October 2016 under the following condition:

**Condition #18:** Avoid all contact, direct or indirect, with known felons and all co-defendants.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Having direct contact with known felons between October 28, 2016 and December 3, 2016.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  | by | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|---|
|  |  | Executed on: December 21, 2016 |
|  |  | s/Linda Leavitt |
|  |  | Linda Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

12/21/2016

Date