UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2016

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Daniel Woolem | Docket No. | 0980 1:16CR02079-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Woolem, who was placed under pretrial release supervision by the Honorable Chief U.S. District Court Judge Thomas O. Rice via video conference in the court at Yakima, Washington, on the 28th day of October 2016 under the following condition:

**Condition #18:**
The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

**Condition #19:**
Home detention: Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, mental health treatment, and other necessities.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Deviating from the requirements of his location monitoring program and home detention, by leaving his home on November 28, 2016, without permission from the supervising United State Probation officer.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| --- | --- | --- |
| | | Executed on:    December 7, 2016 |
| | by | s/Linda Leavitt |
| | | Linda Leavitt
U.S. Pretrial Services Officer |

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

12/7/2016

Date