Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for DANIEL WOOLEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 1:16-cr-02079-SAB-1 |
| Plaintiff, ) | |
| ) | MOTION AND |
| vs. ) | DECLARATION TO |
| ) | CONTINUE TRIAL DATE |
| DANIEL WOOLEM, ) | |
| ) | June 8, 2017, 6:30 p.m. |
| ) | (w/o oral argument) |
| Defendant. ) | |

COMES NOW the Defendant, DANIEL WOOLEM, by and through his attorney of record, Ricardo Hernandez, and moves this court for an order continuing the Trial date set for June 26, 2017 at 8:30am.

This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.

DATED this 8th day of June 2017.

                                            s/ Ricardo Hernandez
                                            Ricardo Hernandez

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and

States as follows:

1. I am the attorney of record for the defendant Daniel Woolem in the above matter.

2. The trial is currently scheduled for June 26, 2017 at 8:30am.

3. Defense counsel is requesting a continuance due to personal circumstances that have affected his ability to adequately prepare for trial.

4. My oldest brother Jose Hernandez is in the hospital in Intensive Care due to complications of late stage Cirrhosis of the liver.

5. For this reason I am trying to spend as much time with my brother and his family if he doesn't survive.

6. Within the last six months both my sister Bea Weddle-Hernandez and my brother Bob Hernandez passed away after a battle with cancer.

7. The Government has no objection to the continuance of the Trial date and has agreed to a trial date of August 28, 2017

8. Mr. Woolem does not object to my request for a continuance of the Trial Date and will sign a Speedy Trial Waiver to August 28, 2017.

9. For the reasons stated, defense counsel would request a continuance of the current Trial date.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 8th day of June 2017

                                                s/ Ricardo Hernandez
                                                Ricardo Hernandez

I hereby certify that on June 8, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon, Assistant U.S. Attorney

                                                s/ Ricardo Hernandez
                                                Ricardo Hernandez
                                                Washington State bar #21463