UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL WOOLEM,<br><br>        Defendant. | No. 1:16-cr-02079-SAB-1<br><br>**ORDER DENYING MOTION TO CONTINUE AND GRANTING MOTION TO DISMISS COUNT FIVE OF THE SUPERSEDING INDICTMENT** |

      The Court held a hearing in this matter on August 9, 2017 where Defendant was represented by Ricardo Hernandez and the government by Thomas Hanlon. The Court heard Defendant's Motion to Continue, ECF No. 208, and the government's Motion for Order of Dismissal of Count 5 of the Superseding Indictment Without Prejudice, ECF No. 209. Defense counsel has since indicated that his potential time conflict has resolved, and there is no need for a continuance. The motion to continue is **denied**. The trial shall commence as scheduled.

      Pursuant to Fed. R. Crim. P. 48(a), the government moves to dismiss count five of the superseding indictment. The government stated during the hearing that its motion should be granted in any circumstance. In the interests of justice, the Court **grants** the motion.

//

//

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue Trial Date, ECF No. 208, is **DENIED.**

2. The government's Motion for Order of Dismissal of Count 5 of the Superseding Indictment Without Prejudice, ECF No. 209, is **GRANTED**. Count five is **DISMISSED WITHOUT PREJUDICE** as to Defendant Daniel Woolem.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 11th day of August, 2017.



Stanley A. Bastian
United States District Judge