UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>      v.<br><br>DANIEL WOOLEM,<br><br>              Defendant. | No. 1:16-CR-02079-SAB-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF COUNSEL** |

      On October 18, 2017, the Court held a hearing on Defendant's Motion for Withdrawal of Counsel, ECF No. 276. Ricardo Hernandez appeared on behalf of Defendant, who was present in the courtroom, and Thomas Hanlon appeared on behalf of the Government. Defendant requests the Court remove Mr. Hernandez as defense counsel on conflict of interest grounds. For the reasons stated on the record, the Court finds no conflict of interest exists and denies Defendant's motion on that basis.

      However, the Court finds that the attorney-client relationship between Defendant and Mr. Hernandez is irretrievably broken. Therefore, the Court **grants** Defendant's motion and orders appointment of new counsel for purposes of sentencing.

//
//
//
//
//

ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF COUNSEL ^ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Withdrawal of Counsel, ECF No. 276, is **GRANTED**.

2. Ricardo Hernandez may withdraw as counsel in this matter as soon as new counsel is appointed, at which point Mr. Hernandez shall provide all of his file materials to new counsel.

3. Defendant is referred to Magistrate Judge Dimke for the appointment of publically-funded counsel for representation in his sentencing.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office.

**DATED** this 19th day of October 2017.



Stanley A. Bastian
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF COUNSEL ^ 2